ORDER
The language in the statute supporting Walker’s sentence is quite different from the provisions construed in the cases cited in Walker’s motion. The analysis from those cases is inapplicable to Walker’s situation. He therefore has not presented the exceptional circumstances and equities necessary to support the extraordinary remedy of recalling the mandate. See Carrington v. United States, 503 F.3d 888, 891 (9th Cir.2007). Accordingly, Walker’s motion to recall the mandate, filed on January 12, 2009, is denied.
I write separately because I believe we lack the power to reach the merits of Walker’s motion which seeks to modify a final judgment of this court. We filed our memorandum disposition on May 17, 2006, and the mandate, which returned the case to the district court, issued on June 8, 2006.